# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

AMERIS BANK, as assignee of the )
Federal Deposit Insurance Corporation, )
Receiver of Darby Bank )
And Trust Co., )
           )
           Plaintiff, )
v. )
           )
IRA RUSSACK, )         6:14-cv-2
           )
           )
           Defendant. )
           )

## ORDER

Before the Court is Defendant's request for oral argument on Plaintiff's Motion for Summary Judgment. ECF No. 22. The Court ruled on Plaintiff's Motion on August 22, 2014. ECF No. 31. Therefore, Defendant's request for oral argument is **DENIED** as moot.

The 2̶0̶day of October 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA