IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
AMERIS BANK, as assignee of      *
the Federal Deposit Insurance    *
Corporation, receiver of         *
Darby Bank and Trust Co.,        *
                                 *
     Plaintiff,                  *
                                 *
v.                               *
                                 *    CV 614-002
IRA RUSSACK,                     *
                                 *
     Defendant.                  *
                                 *
                                 *
```

## O R D E R

Presently before the Court is the parties' Joint Motion to Dismiss with the Retention of Jurisdiction. (Doc. 88.) Specifically, the parties wish to dismiss this matter with prejudice but request that the Court retain jurisdiction to enforce their settlement agreement, which was filed contemporaneously with this motion. (Doc. 88-1.) Upon consideration, the Court **GRANTS** the parties' motion. This case shall be **DISMISSED WITH PREJUDICE**, except that the Court expressly retains jurisdiction to enforce the settlement agreement filed by the parties, and if necessary and appropriate, enter the consent judgment signed by the parties and attached to the settlement agreement. See Kokkonen v.

Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994). The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this **1ST** day of August, 2016.

/s/ J. Randal Hall
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA